IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAWRENCE CHALFANT,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00213-MP-AK

DEVEREUX FOUNDATION INC, AUDREY HOEHN,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Notice of Voluntary Dismissal Without Prejudice, filed by Lawrence Chalfant. Mr. Chalfant has moved to dismiss his claims against defendant Audrey Hoehn, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. As Ms. Hoehn has yet to file an Answer or a motion for summary judgment, he may do so. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    This action is DISMISSED WITHOUT PREJUDICE as to defendant Audrey Hoehn.

    2.    The action continues against Devereux Foundation, Inc.

    **DONE AND ORDERED** this __4th__ day of December, 2009

                                  *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge