IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAWRENCE CHALFANT,

    Plaintiff,

v.                                                     CASE NO. 1:09-cv-00213-MP-AK

DEVEREUX FOUNDATION INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 18, Joint Motion for Settlement Approval and Joint Stipulation of Dismissal with Prejudice, filed by the parties. In the motion, the parties indicate that all issues between all parties have been resolved through settlement. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Doc. 18, Joint Motion for Settlement Approval and Joint Stipulation of Dismissal with Prejudice is granted. The Settlement is approved and this case is dismissed in its entirety with prejudice.

The Court will retain jurisdiction for 30 days to ensure that settlement is effected.

**DONE AND ORDERED** this  *11th*  day of March, 2010

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge